5188 Rafton Dr.
San Jose, CA 95124
Tel.: (408) 368-8283
Email: yuechenyang8@gmail.com
*In Pro Per*

Zhan Jin
5188 Rafton Dr.
San Jose, CA 95124
Tel.: (408) 338-8500
Email: tinajin666@gmail.com
*In Pro Per*

**FILED**

APR 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



APPROVED

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YUECHEN YANG and ZHAN JIN,

              Plaintiffs,

    v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
(USCIS),

              Defendant.

Case No.: 5:26-cv-02601-BLF
USCIS Case Nos.:
**Form I-485 – IOE0926716189**
**Form I-485 – IOE0926716192**

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Under Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs hereby give notice that this action is voluntarily dismissed without prejudice. Defendant USCIS has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: April 20, 2026                              Respectfully submitted,


By:_____
                                                              Yuechen Yang


By:_____
                                                                    Zhan Jin

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)